IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAITLYN M. COOPER, | : | Civil No. 3:24-cv-757 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SCI MUNCY WARDEN NICHOLAS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ___6th___ day of May, 2024, upon preliminary consideration of the complaint (Doc. 1) filed pursuant to 42 U.S.C. § 1983, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii), (iii) and 28 U.S.C. §§ 1915A(b)(1), (b)(2).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge